ROBERT SWEENEY ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NEW HAVEN ET AL.

The petition by the plaintiffs William G. LaPlante et al. for certification for appeal from the judicial district of New Haven at New Haven is denied by the court.

*William G. LaPlante,* pro se, and *Radha R. M. Narumanchi,* pro se, in support of the petition.

*Frederick J. Ross,* office of the corporation counsel, and *Dennis N. Garvey,* in opposition.

Submitted September 1—decided September 20, 1978

STATE OF CONNECTICUT *v.* RAMON VEGA

The defendant's motions for a review of the trial court's denial of his motion for reduction of bail are dismissed by the court in the absence of a finding.

*Martin Epstein,* public defender, in support of the motions.

Submitted September 1—decided September 20, 1978

BRITTANY FARMS HEALTH CENTER, INC. *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT

The plaintiff's petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Wesley W. Horton,* in support of the petition.

Submitted September 6—decided September 20, 1978